UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL MARTIN ZUREK, | ) | No. SACV 11-1414 GHK (FFM) |
| Petitioner, | ) ) | ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT |
| v. | ) ) | |
| ERIC H. HOLDER, Attorney General of the United States, et al., | ) ) ) | |
| Respondents. | ) ) | |

On or about September 3, 2011, petitioner Michael Martin Zurek filed a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 which challenged his detention by U.S. Immigration and Customs Enforcement ("ICE"). On November 3, 2011, petitioner filed a notice with the Court that he had been released from ICE custody under supervised release. On that same date, respondent filed a Notice of Petitioner's Release from Custody and Suggestion of Mootness.

///

///

///

///

///

///

It appears that petitioner having been released from physical custody there is no further relief this Court can provide. Therefore, petitioner is ordered to show cause within 15 days of the date of this order why this action should not be dismissed for mootness. Respondent may file a reply to petitioner's response within 10 days thereafter.

IT IS SO ORDERED.

DATED:   November 9, 2011

/ s / FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge