UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTIN ZUREK,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ERIC H. HOLDER, Attorney General of the United States, et al.,<br><br>　　　　Respondents. | No. SACV 11-1414 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED:　　1/15/12

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　United States District Judge